1
2
3
4
5
6

McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099
Attorneys for Plaintiff
United States of America

7

IN THE UNITED STATES DISTRICT COURT

8

EASTERN DISTRICT OF CALIFORNIA

9
10
11
12
13
14

| UNITED STATES OF AMERICA, | CASE NO.  1:20-MJ-00050-EPG |
| Plaintiff, | UNITED STATES' MOTION TO DISMISS AND ORDER THEREON |
| v. | |
| JORGE LOPEZ ORTUNO | |
| Defendant. | |

15
16
17
18
19
20
21
22

The United States of America, by and through its undersigned counsel, hereby moves for

dismissal of the above-captioned matter for the following reasons.

The U.S. Marshals Service advised the government today that the defendant was apprehended

and is currently in transit to our district.  The United States moves to dismiss the UFAP complaint in this

matter in order to allow the Fresno County District Attorney's Office to pursue pending attempted

murder, assault with a firearm, spousal abuse, and negligent discharge of a firearm charges filed against

the defendant in the Fresno County Superior Court.

23
24
25
26
27
28

 Dated:  January 7, 2021

McGREGOR W. SCOTT
United States Attorney

By:  */s/ KAREN A. ESCOBAR*
KAREN A. ESCOBAR
Assistant United States Attorney

MOTION TO DISMISS AND PROPOSED ORDER

**O R D E R**

Pursuant to the government's request for dismissal, and for the reasons set forth therein, the Court hereby dismisses the complaint in the above-captioned matter.

IT IS SO ORDERED.

Dated:   **January 8, 2021**                    /s/ *Erica P. Grosjean*
                                        UNITED STATES MAGISTRATE JUDGE